UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW DAVENPORT | CIVIL ACTION |
| VERSUS | NO: 13-505 |
| ROBERT TANNER, ET AL. | SECTION: "A" (5) |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly;

**IT IS ORDERED** that plaintiff's claims against Nurse Wendy Seal, EMT Jane A. Hillman, and Secretary James M. LeBlanc are **DISMISSED** as frivolous and for failing to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff's motions for a temporary restraining order and for a preliminary injunction (Rec. Docs. 47 & 48) are **DENIED**.

May 16, 2014

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE